UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Lacy Fonseca,<br><br>    Plaintiff,<br><br>v.<br><br><br>Navient Solutions, LLC; and TransUnion, LLC,<br><br><br>    Defendants. | Case No.: 8:25-cv-00254-MSS-SPF<br><br>NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC |

    Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant TransUnion, LLC ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days. Plaintiff's claims against Navient Solutions, LLC remain pending.

Dated:     March 19, 2025

                                                     */s/ Trescot Gear*
                                                     Gear Law, LLC
                                                     1405 W. Swann Ave.
                                                     Tampa, FL 33606

                                                     Mailing Address:
                                                     McCarthy Law, PLC
                                                     4250 North Drinkwater Blvd, Suite 320
                                                     Scottsdale, AZ  85251
                                                     Telephone: (602) 456-8900
                                                     Fax: (602) 218-4447
                                                     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

<em>/s/ Trescot Gear</em>